### 3655.   HARWELL v. THE STATE.

A person who, by loud talking and laughing, disturbs a "sleight-of-hand
performance" conducted by a traveling performer at a school-house,
under an arrangement with the trustees whereby the performer is to
pay the trustees 10 per cent. of the door receipts for the use of the
school-house, is not guilty of violating section 424 of the Penal Code
(1910).   Such a meeting is not a "public school, private school, or
Sunday-school, or any assemblage or meeting of any such school,"
within the meaning of the words of that statute.
                DECIDED NOVEMBER 20, 1911..

Accusation of disturbing school; from city court of Carrollton—
Judge Beall.   August 4, 1911.

*J. O. Newell,* for plaintiff in error.

*C. E. Roop, solicitor,* contra.

RUSSELL, J.   The language of the statute is:   "Any person who
shall willfully interrupt or disturb any public school, private
school, or Sunday-school, or any assemblage or meeting of any
such school, lawfully and peacefully held for the purpose of scien-
tific, literary, social, or religious improvement, either within or
without the place where such school is usually held, shall be guilty
of a misdemeanor."   The proof is that a sleight-of-hand performer,
desiring to give a show in the community, obtained the use of the
school-house by agreeing to give the trustees 10 per cent. of the
door receipts for the use of the room, and that, while he was giv-
ing his performance, the accused disturbed it.   The statute is di-
rected against the disturbance of schools and assemblages of per-
sons at school-houses for some purpose connected with exercises
pertaining to a school, and has no reference to meetings of any
other nature, though held in the house where school is commonly

conducted. The language of the statute is not very clear in all of its terms, but by no fair construction can it be made to include a case like this. *Judgment reversed.*